# Lee, Appellant, *v.* Williams.

Argued Jan. 17, 1903. Appeal, No. 71, Jan. T., 1903, by plaintiff, from judgment of C. P. Luzerne Co., March T., 1898, No. 231½, on verdict for defendants in case of George F. Lee and Frank J. Scouton, trading as Lee & Scouton, v. David Williams et al. Before BEAVER, SMITH, W. W. PORTER, W. D. PORTER and MORRISON, JJ. Reversed.

OPINION BY BEAVER, J., April 20, 1903:

This case, between the same parties and involving a similar question, was tried in the court below and argued here together with Lee v. Williams, ante, p. 564, and, for the reasons given in that case, in an opinion this day filed, the judgment of the court below is reversed and a new venire awarded.